**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                    NO. 4:03CR00273-001 SWW

NICHOLAS BUTLER

### ORDER

The above entitled cause came on for hearing on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked** granting government's motions [docs #45 & #56]; and that defendant shall serve a term of imprisonment of ***EIGHTEEN (18) MONTHS*** in the custody of the Bureau of Prisons consecutive to any term of imprisonment currently being served. The Court recommends that defendant be incarcerated at FCI, Forest City, Arkansas or Memphis, Tennessee and that defendant participate in residential substance abuse treatment and mental health counseling while incarcerated.

There will be ***NO*** supervised release to follow.

IT IS SO ORDERED this 3rd day of February 2010.

/s/Susan Webber Wright

United States District Judge